1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  HON. RUTH BERMUDEZ MONTENEGRO

11   UNITED STATES OF AMERICA,          CASE NO.:  22-cr-01993-RBM

12              Plaintiff,              Hon. Ruth Bermudez Montenegro
                                        Courtroom 5B
13        v.

14   JOSE ANTONIO CORONA,               ORDER TO CONTINUE
                                        MOTION HEARING/TRIAL
15              Defendant.              SETTING

16

17

18        **IT IS ORDERED** that the Motion Hearing/Trial Setting currently

19   scheduled for September 30, 2022 is continued to **October 28, 2022, at 9:00 a.m.**

20   Pursuant to 18 U.S.C. § 3161(h)(7)(A), time is excluded in the interests of justice.

21
     Date: September 26, 2022
22                                      **Honorable Ruth Bermudez Montenegro**
                                        United States District Judge
23

24

25

26

27

28